# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                   MDL NO. 2187

---

THIS DOCUMENT RELATES TO:

*Edith Jones, et al. v. C.R. Bard, Inc., et al.*                Civil Action No. 2:13-cv-01759

## MEMORANDUM OPINION AND ORDER

By Order entered June 3, 2019, the court ordered plaintiff Arthur Jones to show cause by June 17, 2019, why his case should not be dismissed with prejudice. [ECF NO. 21]. Mr. Jones has not responded to the show cause order.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), plaintiff Arthur Jones should be dismissed with prejudice for failure to comply with the court's show cause and other orders. In addition to the show cause order, Mr. Jones has not met deadlines in the court's scheduling order at ECF No. 51. Accordingly, the court **ORDERS** that Mr. Jones is dismissed from this case with prejudice. Plaintiff Edith Jones remains as a plaintiff, though counsel has indicated that her claim will be dismissed by the parties.

The court **DIRECTS** the Clerk to send a copy of this Order to Mr. Jones by regular and certified mail. In addition, the Clerk is **DIRECTED** to provide a copy of this Order to plaintiff, Mrs. Jones, and the defendants.

ENTER: June 24, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE